| | |
|---|---|
| DEFENDANT: | Koch Foods, Inc. |
| AGE/YOB: | N/A |
| COMPLAINT FILED? | _____ Yes   __X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   __ No |
| OFFENSE(S): | Count 1:  Price fixing/bid rigging (15 U.S.C. § 1) |
| LOCATION OF OFFENSE: | State and District of Colorado and elsewhere |
| PENALTY: | Count 1:  Fine equal to greatest of 1) $100 million; 2) twice the gain the conspirators derived from the crime; or 3) twice the loss caused to the victims |
| | Term of probation of at least 1 year, but not more than 5 years |
| | $400 special assessment |
| AGENT: | LaNard Taylor<br>FBI |
| AUTHORIZED BY: | Jonathan Clow<br>Trial Attorney<br>U.S. Department of Justice, Antitrust Division |

ESTIMATED TIME OF TRIAL:

__ five days or less;  _X__ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.