IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Action No. 21-cr-00168-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. NORMAN W. FRIES, INC.,
   d/b/a CLAXTON POULTRY FARMS,
2. KOCH FOODS, INC.,

      Defendants.

___

### *AMENDED* ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE SOLE COUNT WITH PREJUDICE AS TO ALL DEFENDANTS

___

      This matter comes before the Court on the United States' Unopposed Motion to Dismiss the Sole Count with Prejudice as to All Defendants (ECF No. 70). The Court, being fully advised, grants the government leave to dismiss this case, consistent with Fed. R. Crim. P. 48(a).

      Accordingly, it is ORDERED that the Motion is GRANTED and both the Indictment (ECF No. 1) and the Superseding Indictment (ECF No. 30) in this case are *dismissed with prejudice*.

      IT IS FURTHER ORDERED that, in light of the granting of the Motion, the trial and all other settings are hereby vacated.

      DATED this 22nd day of September, 2022.

                                            BY THE COURT:

                                            _____
                                            RAYMOND P. MOORE
                                            United States District Judge